# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA LUCA**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

February 25, 2013

**FILED**
MAR 5 - 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
Northern District of California
280 South First Street, Rm. 2112
San Jose, CA 95113-3002
Attn: Clerk of Court

RE: USA v. Ethan Haindl Miles
Your case number: CR12-00471-08-JF
Arizona case number: 13-04054-001-PCT-MEA

*case is not under seal*

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Mark E. Aspey in Flagstaff, Arizona. The following action has been taken.

☒   U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐   THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.
Please acknowledge receipt on the enclosed copy of this letter and return to the Flagstaff office at 123 N. San Francisco, Suite 200, Flagstaff, AZ 86001.

Sincerely,

BRIAN KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/ Christina S. Hurley
Christina S. Hurley
Deputy Clerk

Enclosures

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

UNITED STATES DISTRICT COURT　　　　　　　　　MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Flagstaff　　　　　　　　　SEALED

DATE: 2/21/2013　　　CASE NUMBER: 13-04054M-001-PCT-MEA

USA vs. Ethan Haindl Miles

U.S. MAGISTRATE JUDGE: MARK E. APSEY #: 70BP

A.U.S. Attorney Patrick Schneider　　　　　INTERPRETER_____
　　　　　　　　　　　　　　　　　　　　　　　LANGUAGE_____
Attorney for Defendant Luke Mulligan (AFPD-for Flagstaff proceedings only)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness___

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 2/21/13　　　　　　　　☒ Initial Appearance　　　☐ Appointment of counsel hearing held
☐ Financial Afdvt taken　　☒ No Financial Afdvt taken　☐ Financial Afdvt sealed
☒ Rule 5 (c)(3)　　　　　　 ☐ Defendant states true name to be __. Further proceedings ORDERED in Defendant's true name.

| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released_____<br>☐ Defendant continued detained pending trial<br>　　☐ Flight risk ☐ Danger | **ID HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br>☒ Warrant of removal issued.<br>☐ Defendant ordered released _____ |
| --- | --- |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re:_____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Court conditionally appoints counsel for the defendant pending a financial affidavit. Pretrial Release Revocation hearing to be held in prosecuting district.
The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __ will commence on__ thru__ for a total of __ days.

　　　　　　　　　　　　　　　　　　　　　　　RECORDED: Courtsmart
　　　　　　　　　　　　　　　　　　　　　　　BY: Christina S. Hurley
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

IA - 5 mins.
ID/RM- 4 mins.
**CC: AUSA (Flagstaff), AFPD(Flagstaff), USM and PTS(Flagstaff)**
2:14 pm to 2:23 pm

AO 94 (Rev. 01/09) Commitment to Another District



# UNITED STATES DISTRICT COURT
for the
District of Arizona

25 FEB '13 PM 5:02

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-4054M-001-PCT-MEA |
| Ethan Haindl Miles | ) | Charging District's |
| *Defendant* | ) | Case No. CR11-471-DLJ(PSG) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Northern  District of  California  .

The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 2/21/13

_____
*Judge's signature*

Mark E. Aspey, US Magistrate Judge
*Printed name and title*

(cc: USMS)

# U.S. District Court
## DISTRICT OF ARIZONA (Prescott Division)
### CRIMINAL DOCKET FOR CASE #: 3:13-mj-04054-MEA-1 *SEALED*
### Internal Use Only

Case title: USA v. Miles
Other court case number: CR11-471-DLJ(PSG) Northern District of California

Date Filed: 02/21/2013
Date Terminated: 02/26/2013

Assigned to: Magistrate Judge Mark E Aspey

**Defendant (1)**

**Ethan Haindl Miles**
*TERMINATED: 02/26/2013*

represented by **Luke Stephen Mulligan**
Federal Public Defenders Office
123 N San Francisco St., Ste. 204
Flagstaff, AZ 86001
928-213-1942
Fax: 928-213-1946
Email: luke_mulligan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3148 - Violation of Pretrial Conditions | |

**Plaintiff**
**USA**                                          represented by **Patrick Joseph Schneider**
US Attorneys Office - Flagstaff, AZ
123 N San Francisco St., Ste. 410
Flagstaff, AZ 86001
928-556-0833
Fax: 928-556-0759
Email: patrick.schneider@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 02/21/2013 | | | (Court only) Case sealed as to Ethan Haindl Miles (MAP) (Entered: 02/25/2013) |
| 02/21/2013 | 1 | ☐ | Arrest (Rule 5-ND California) as to Ethan Haindl Miles (MAP) (Entered: 02/25/2013) |
| 02/21/2013 | 2 | ☐ | *SEALED* Minute Entry for proceedings held before Magistrate Judge Mark E Aspey: Initial Appearance in Rule 5(c)(3) Proceedings as to Ethan Haindl Miles held on 2/21/2013. NO FINANCIAL AFFIDAVIT TAKEN. Court Conditionally Appoints Counsel for Defendant Pending a Financial Affidavit. Appointing Luke Stephen Mulligan (AFPD - Flagstaff proceedings Only). Rule 5(c)(3) Identity Hearing Waived. Warrant of Removal Issued. (Recorded by COURTSMART.) Hearing held 2:14 PM to 2:23 PM. (cc: AUSA-Flag/AFPD-Flag/USMS/PTS-Flag) (MAP) (Entered: 02/25/2013) |
| 02/25/2013 | 4 | ☐ | *SEALED* Transmittal Letter to N.D. California re Removal of Defendant to Charging District as to Ethan Haindl Miles. (MAP) (Entered: 02/26/2013) |
| 02/26/2013 | 3 | ☐ | COMMITMENT TO ANOTHER DISTRICT as to Ethan Haindl Miles. Defendant Committed to District of Northern District of California. Signed by Magistrate Judge Mark E Aspey on 2/21/13. (cc: USMS) (MAP) (Entered: 02/26/2013) |

View Selected
or
Download Selected