UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 9 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** D. Lowell Jensen | **Courtroom Deputy:** Jackie Garcia/Elizabeth Garcia |
| **Date:** October 29, 2014 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-11-00471-DLJ-8 | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:**  N/A |

### CASE TITLE

USA v. Ethan Haindl Miles (P)(NC)

### APPEARANCES

**Attorney(s) for Government**:  Matthew Parrella, Hanley Chew
**Attorney(s) for Defendant(s)**: Adam Pennella

### PROCEEDINGS

Sentencing proceedings

### ORDER AFTER HEARING

Hearing held. The Government moved to dismiss Count One of the Superseding Information based on defendant's compliance with all pretrial conditions. For the reasons stated on the record, the Court granted the request and dismissed Count One of the Superseding Information. The Court proceeded with sentencing as to Count Nine of the Superseding Information and committed the defendant to ONE (1) year probation. The Court further orders that the probation term will be deemed completed and terminated upon completion of the special conditions that the defendant completes: 1) 90 days in a halfway house and 2) repayment of the restitution amount in full. The defendant to pay restitution in the amount of $5,600 and a $25 special assessment. Any further property of the defendant will be coordinated for return from the Court through the FBI to the Defendant within 30 days.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled – C. Escolano
CC: